IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EXIGENCE LLC**                                                                           **PLAINTIFF**

v.                              No. 4:10-cv-144-DPM

**DAVID A. LITTLETON; and
ANDERSON MURPHY &
HOPKINS LLP**                                                                          **DEFENDANTS**

### ORDER

Motion to quash, *Document No. 36*, granted. The Court directs the parties to meet, confer, and submit an agreed protective order to the Court for entry by 31 August 2012.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 August 2012