IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EXIGENCE LLC**                                                                             **PLAINTIFF**

v.                              **No. 4:10-cv-144-DPM**

**DAVID A. LITTLETON; and
ANDERSON MURPHY &
HOPKINS LLP**                                                   **DEFENDANTS**

## JUDGMENT

Exigence's complaint is dismissed without prejudice on the condition for refiling imposed in the Court's final Order, *Document No. 48*.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 February 2013