IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EXIGENCE LLC                                PLAINTIFF

v.                       No. 4:10-cv-144-DPM

DAVID A. LITTLETON; and
ANDERSON MURPHY &
HOPKINS LLP                               DEFENDANTS

## JUDGMENT

Exigence's complaint is dismissed without prejudice on the condition for refiling imposed in the Court's final Order, *Document No. 48*.

                             */s/ D.P. Marshall Jr.*
                             D.P. Marshall Jr.
                             United States District Judge

                             21 February 2013